# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE WILLIAMS-JEFFERIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-01415-RDM |
| ) | |
| AARP, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties who have appeared in the action hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice and without costs to either party.

DATED: September 26, 2016

*/s/ Lynettra D. Artis (w/ permission)*            */s/ Christine M. Costantino*
Lynettra D. Artis, Esq. Bar No. 995828            Karla Grossenbacher, D.C. Bar No. 442544
                                                                            Christine Costantino, D.C. Bar No. 984639

The Artis Firm
Suite 600                                                              SEYFARTH SHAW LLP
100 M Street, S.E.                                                975 F. Street, N.W.
Washington, DC 20003                                       Washington, D.C. 20004
lynneartis@aol.com                                            Tel. (202) 463-2400
                                                                            Fax. (202) 828-5393
*Counsel for Plaintiff*                                        kgrossenbacher@seyfarth.com
*Darlene Williams-Jefferies*                              ccostantino@seyfarth.com
                                                                            *Counsel for Defendant AARP*

28917238v.1

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Joint Stipulation of Voluntary Dismissal was filed via the ECF system on this 26th day of September 2016, and served upon:

> Lynettra D. Artis, Esq.
> The Artis Firm
> Suite 600
> 100 M Street, S.E.
> Washington, DC  20003
> lynneartis@aol.com

> > */s/ Christine M. Costantino*
> > Christine M. Costantino

28917238v.1